UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MONTY M. SHELTON                                                PETITIONER
Reg. #10426-078

V.                    NO. 2:16-CV-00165-JM-JTR

GENE BEASLEY                                                    RESPONDENT
Warden, FCI-Forrest City

# ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. (Docket No. 11.) No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Docket No. 1), is DENIED, and this case is DISMISSED WITHOUT PREJUDICE.

DATED this 6th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE